Larry D. **NEELEY**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 63017.**

Missouri Court of Appeals,
Western District.

July 13, 2004.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, C.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Larry D. Neeley appeals from the judgment of the motion court, denying his motion for post-conviction relief under Rule 29.15.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).